IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | **A16CV0265 SS** |
| $263,176.00, MORE OR LESS, | ) | |
| IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |

FILED 2016 MAR -2 PM 3:28

## NOTICE OF COMPLAINT FOR FORFEITURE

1.  On March 2, 2016, a Verified Complaint for Forfeiture *in rem* was filed in this Court by the United States Attorney for the Western District of Texas, against the below-described property for violations of 18 U.S.C. § 1956 and 21 U.S.C. §§ 801 *et seq.*, and subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1) and 21 U.S.C. § 881(a)(6), namely:

$263,176.00 More or Less, in United States Currency

(hereinafter the "Respondent Property").

2.  Pursuant to Supplemental Rule G(4)(b), notice to any person who reasonably appears to be a potential claimant shall be by direct notice. Accompanying this notice is the Verified Complaint for Forfeiture which has been filed in this cause and which describes the Respondent Property. Pursuant to Supplemental Rule G(4)(b), any person claiming an interest in the Respondent Property who has received direct notice of this forfeiture action must file a Claim, in compliance with Rule G(5)(a), with the court within **35 days after the notice was sent, if delivered by mail** (if mailed, the date sent is provided below), **or within 35 days of the date of delivery, if notice was personally served**. An Answer or motion under Rule 12 of the Federal Rules of Civil Procedure must then be filed within **21 days** of the Claim being filed.

APPENDIX A

The Claim and Answer must be filed with the Clerk of the Court, 501 W. Fifth Street, Austin, Texas 78701, and copies of each must be served upon Assistant United States Attorney Daniel M. Castillo, 816 Congress Avenue, Suite 1000, Austin, Texas 78701, or default and forfeiture will be ordered. *See* 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claim and Asset Forfeiture Actions.

Failure to follow the requirements set forth above will result in a judgment by default taken against you for the relief demanded in the complaint.

APPENDIX A