UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2016 MAR 14  AM 9:49

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>　　　　　　　Plaintiff,　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　)   CIVIL ACTION NO.<br>　　　　　　　　　　　　　　　　　　)   **A16CV0265 SS**<br>$263,176.00, MORE OR LESS,　　　　 )<br>IN UNITED STATES CURRENCY,　　　 )<br>　　　　　　　Defendant.　　　　　　) | |

### ORDER FOR WARRANT OF ARREST OF PROPERTY

WHEREAS a Verified Complaint for Forfeiture *in rem* was filed on March 2, 2016, against the following property:

**$263,176.00 More or Less, in United States Currency**

**(hereinafter "Respondent Property")**, alleging that the Respondent Property is subject to forfeiture to the United States of America pursuant to 18 U.S.C. § 981(a)(1) and 21 U.S.C. § 881(a)(6) for violations of 18 U.S.C. § 1956 and 21 U.S.C. §§ 801 *et seq.*; IT IS THEREFORE

ORDERED that a Warrant for Arrest of Property of Respondent Property issue as prayed for, and that the Department of Treasury, Internal Revenue Service for the Western District of Texas, or any other law enforcement officer, or any other person or organization authorized by law to enforce the warrant, be commanded to arrest the Respondent Property and take it into possession for safe custody as provided by Rule G, Supplemental Rules of Federal Rules of Civil Procedure, until further order of the Court, and to use whatever means may be appropriate to protect and maintain the Respondent Property while in custody, including designating a substitute custodian or representative for the purposes of maintaining the care and custody of the Respondent Property and to make a return as provided by law.



SIGNED this 14th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE